# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**393**

**CAF 10-02336**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, AND SCONIERS, JJ.

---

IN THE MATTER OF DANIELLE DENAULT WINDER,
PETITIONER-RESPONDENT,

V                                                                          ORDER

CHRISTOPHER WILLIAMS, RESPONDENT-APPELLANT.

---

DENIS A. KITCHEN, JR., WILLIAMSVILLE, FOR RESPONDENT-APPELLANT.

ELISABETH M. COLUCCI, ATTORNEY FOR THE CHILD, BUFFALO, FOR CHRISTA W.

---

Appeal from a corrected order of the Family Court, Erie County (Kevin M. Carter, J.), entered October 22, 2010 in a proceeding pursuant to Family Court Act article 6. The corrected order determined that respondent would be responsible for transportation to and from visitation.

It is hereby ORDERED that the corrected order so appealed from is unanimously affirmed without costs.

Entered: March 16, 2012                                   Frances E. Cafarell
                                                          Clerk of the Court